THE FEDERAL COURT FOR THE STATE OF ALABAMA

DENISE NAILS,

    Plaintiff,

    Case Number

    1:07CV438 - MHT

EASTGATE INN,

    Defendant,

## HOUSING DISCRIMATION

The plaintiff in the case is filling the plaintiff legal action against the defendant under the federal rule U.S. 42.   The defendant has discriminated against the plaintiff while the plaintiff was living at the Eastgate Inn.  After the plaintiff checked into the Eastgate Inn and gave the defendant clerk the money for a weeks rent the defendant clerk gave information to a member of the church who was helping the plaintiff while the plaintiff was looking for a more permanent place to live. Because the clerk obnocise behavior about the plaintiff the church refuse to help with another weeks rent.  The plaintiff is suing for $ 300,000.00 for damages of housing discrimination, harassment, and the suffering of embarrassment.

*Angela Denise Nails*
_____
ANGELA DENISE NAILS

PRO SE ATTORNEY

ANGELA DENISE NAILS

PRO SE ATTORNEY

Denise Nails
P.O. Box 833
Dothan, Al 36301

Federal Court
P.O. Box 711
Montgomery, AL 36301



